■ In the Matter of JOANNE JOHNSON, Appellant, v MARCINE HOWARD, Respondent. [756 NYS2d 804] —Appeal from an order of Family Court, Erie County (Townsend, J.), entered October 19, 2001, which dismissed the petition seeking modification of a prior custody order.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Family Court did not err in dismissing the

petition seeking modification of a prior custody order without conducting a hearing. Petitioner failed to make a sufficient evidentiary showing to warrant a hearing (*see Matter of Culpepper v Caldwell*, 284 AD2d 946 [2001]; *David W. v Julia W.*, 158 AD2d 1, 6-7 [1990]). Present—Pigott, Jr., P.J., Green, Wisner, Burns and Gorski, JJ.